JPS.
26mc33

mis

CLERK USDC EDWI
FILED

2026 JUL 30 P 2:46

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

**IN RE:**
**Preservation of Equitable Documentary Record Concerning an Identifiable Res**

# VERIFIED NOTICE OF FILING AND PRESERVATION OF EQUITABLE DOCUMENTARY RECORD

To the Clerk of this Court:

The Undersigned, appearing in a private capacity, respectfully lodges this Verified Notice together with the accompanying documentary instruments for the limited purpose of preserving an equitable documentary record concerning an identifiable *res*, related fiduciary relationships, and the documentary chain affecting those interests.

This Notice is preservative in character. It is not presented for the commencement of an adversarial controversy, nor does it seek compulsory process, adjudication upon the merits, or immediate affirmative relief. Its sole purpose is to preserve the documentary record in its present condition so that its sequence, authenticity, continuity, and evidentiary integrity may remain complete.

From the earliest administration of equity, documentary writings affecting trusts, fiduciary relationships, conveyances, and identifiable property have been regarded as proper subjects for preservation. Equity has long sought to prevent uncertainty, preserve the integrity of documentary evidence, protect identifiable interests, and maintain the continuity of records affecting the administration of a defined *res*. The preservation of such writings serves the orderly administration of justice by ensuring that documentary evidence remains intact, authentic, and capable of full examination whenever future consideration may become appropriate.

The accompanying instruments collectively concern the identification, acknowledgment, conveyance, preservation, and administration of equitable interests relating to the identified *res*. Lodged together, they constitute a single documentary record whose evidentiary value arises not only from each individual instrument but from their collective sequence and relationship to one another.

The documentary record presently consists of the following:

**Exhibit A** — Notice of Interest
**Exhibit B** — Statement of Interest
**Exhibit C** — Acknowledgment, Acceptance, and Receipt
**Exhibit D** — Special Deed of Conveyance
**Exhibit E** — Notice of Acceptance by Trustee
**Exhibit F** — Notice of Parentage Rights

The Undersigned respectfully requests that these instruments be received and maintained within the miscellaneous record as a unified documentary filing so that their existence, chronology, and evidentiary integrity remain preserved.

Nothing contained within this Notice shall be construed as an abandonment, merger, waiver, relinquishment, or satisfaction of any equitable interest, fiduciary relationship, claim, priority, remedy, or reservation reflected by the accompanying instruments. Likewise, nothing herein shall be construed as an admission concerning any matter not expressly stated herein. The accompanying documents are lodged solely for preservation of the documentary record and to provide continuing notice of the existence and sequence of the accompanying writings.

The Undersigned expressly reserves all equitable rights, interests, remedies, priorities, fiduciary capacities, and claims reflected by the accompanying documentary record. This reservation shall remain effective unless expressly withdrawn by a subsequent verified instrument.

**VERIFICATION**

I, TerrenceJamal Fitch, verify that I have read the foregoing Verified Notice of Filing and Preservation of Equitable Documentary Record, that I have personal knowledge of the matters stated herein except those stated upon information and belief, and that the statements contained herein are true and correct to the best of my knowledge and belief.

Executed this 30th day of July, 2026.

Respectfully submitted,

*TerrenceJamal Fitch*
*Appearing in the capacities reflected by the accompanying documentary instruments, including where applicable as Grantor, Settlor, Grantee, and Trustee.*
*Expressly reserving all rights, interests, remedies, priorities, and fiduciary capacities*